# IN THE SUPREME COURT OF THE STATE OF NEVADA

EVERETT HUNTER,
                    Appellant,
        vs.
TRAVIS LUCIA; MARC PICKER; IAN
SILVERBERG; AND CHUCK ALLEN,
                    Respondents.

No. 73724

FILED

AUG 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY___S. Young___
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing appellant's complaint as to four out of 11 defendants. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Appellant's claims against the following parties appear to remain below: defendants Roland Frias, Chris Frye, Janet Berry, Scott Edwards, and Richard Molezzo. We conclude therefore, that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.        _____, J.
Parraguirre                              Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

17-27693

cc: Hon. Jerome M. Polaha, District Judge
    Everett Hunter
    Washoe County District Attorney
    Washoe County District Attorney/Civil Division
    Washoe District Court Clerk

